JOSEPH E. CHASE, Respondent, *v.* GENERAL ELECTRIC
COMPANY, Appellant.

*Chase* v. *General Electric Co.*, 145 App. Div. 899, affirmed.
(Argued October 30, 1912; decided November 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 8, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Lewis E. Carr* and *James O. Carr* for appellant.

*Joseph A. Lawson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, WERNER, WILLARD BARTLETT, HIS-
COCK, CHASE and COLLIN, JJ.   Absent: CULLEN, Ch. J.